FILED

05/28/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0518

STATE OF MONTANA,

Plaintiff and Appellee,

v.

MATTHEW GLEN HOTCHKISS,

Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time,

and good cause appearing therefor, Appellee is granted an extension of time to

and including June 26, 2020, within which to prepare, serve, and file its response

brief.

**CMF**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 28 2020